United States District Court
Southern District of Texas
ENTERED
October 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SANTIAGO BERNAVE CHAVEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-6102 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The petitioner, Santiago Bernave Chavez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention. (Docket Entry No. 1). On August 10, 2026, the respondent filed an Advisory stating that "The undersigned AUSA was notified today that at a hearing before an immigration judge on August 7, 2026, the petitioner sought and was granted the right to voluntarily depart from the United States. The immigration judge gave the petitioner until September 8, 2026 to depart the United States. It is expected, however, that the petitioner will depart before that time." (Docket Entry No. 6). Review of ICE's *Online Detainee Locator System* indicates that Bernave Chavez is not currently in ICE custody.[1]

[1] The location of an individual in ICE custody may be found by searching for that person by their A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited Oct. 8, 2026).

**No later than October 20, 2026**, counsel for the petitioner must provide the court with a status update explaining whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner is no longer in custody.

SIGNED on October 8, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge